# Complaint

This complaint refers to the congruent actions of two parties resulting in my request for this court to take corrective actions. Acting Commissioner Doug O'Donnell of the Internal Revenue Service will be referred to as defendant 1. And the Indianapolis Metropolitan Police Department will be referred to as defendant 2.

Defendant 1 is effectively refusing to pay it's debt to me. I mailed in a form complete with complementary forms at the beginning of January last year. Defendant received those forms on the 13th of that month. Because of a series of circumstances outside of my control, the expected refund amount was a necessary part of my financial strategy. Without it, as this defendant was made aware on numerous occasions, I would be forced to endure undue hardship.

On their website, defendant states the forms I submitted can take up to 16 weeks for a turnaround. The defendant's automated answering machine and employees at the time boasted it usually took about six weeks total. One employee went so far as to say it took about two weeks once it was filed.

After 16 weeks I called in. As usual, verified myself with the automated system. Although already verified, the employee that answered would not continue without me verifying myself again with the individual. I did. I asked about the paperwork as we were now beyond the maximum allotted time published on the defendant's site. The employee, although already having verified me, said something along the lines of having to get into the account to see what was going on. I remember this taking a long time considering I had already verified myself twice. And as I recall, I actually might

have had to get a call back from them to have this conversation. Either way I should have been very much verified and my account should have been open on the employee's screen. After several minutes passed, she then said that it would take up to 20 weeks for the paperwork to go through. I questioned why this was, and she blamed COVID although the pandemic was over by this time. Also curious was the fact that it took her so long to arrive at this answer. One would think it would have been something employees of the organization would be aware of if this is something the defendant was aware of since the pandemic. Another issue I took up with this was 16 weeks after January 13th of 2022. Almost a month after the close of the regular tax season. I filed my paperwork about a month before the start of it and the organization regurgitates that they go through the filings in the order they're received. It makes no sense that a month after the tax season has come to an end, my documents are still not processed.

I asked to speak with a manager and she hung up on me. After the phone call, I checked their site again and they had new language corroborating the lady's new timeline. I genuinely believe she added it while on the phone with me. I continued to call pleading for answers to my questions, but none came. I asked to speak to supervisors over and over on numerous calls. At best they would promise a call back that never came. At worst they would just hang up. I estimate that I spent about 100 hours on the phone with this organization last year. On one call I was told that a manager called me but didn't leave a voicemail. I told them from then on out that I wanted them to leave voicemails. I recall getting one voicemail. But the number to call back just sent me to the same route as if I had just normally called the agency. She called me when my phone was disconnected, and left me without the ability to call her back.

After the 20 week deadline passed, employees started saying it would take more than 20 weeks. At this point, they were no longer even attempting to give a deadline. Their logic was as simple as you'll get it when you get it. Around July, I contacted the organization within the agency designated to resolving disputes between the agency and consumers. I researched and verified they were specifically designed to help people with my specific issues. When they reached back out to me, they said it could take up to eight weeks, but that they would have an employee process my filings. A few weeks later, I was notified I needed to resubmit the paperwork that was already filed with the organization. The only way to do this was mail or fax. I didn't have a fax machine service at the time, and I couldn't afford mail. There were several other entities that owed me at the time and my budget was extremely strict. I could not send in the paperwork by the deadline and the agent helping me cancelled the process.

Frustrated, I found out some time later that the agent is actually able to access the paperwork once it's filed with the agency. There was no reason for her to request those documents from me, and certainly no reason to cancel the process completely. After finding out the agents could access these papers, I reached out to the organization with the agency again to request their assistance. This time when they replied, the person who called said he was an intake agent and the request I had sent in did not come through legibly. This was interesting, because he still somehow called me back. I sent the fax again while we were on the phone. He said he got it before I even told him I had sent it. But said it was the same as before. He said to help me, he needed to access my account by verifying me. Once he did, he acknowledged the previous encounter with the agent from his department and said I needed to speak with that

person's manager. He gave me a number but said the manager would call back within three days. I was a little jarred by the fact that the man who called me could not read my fax, so I called the agency to verify his name and ID number. I was told they couldn't see anyone matching that information. Because he was getting the faxes, and was able to see the account after getting my information, I have to conclude he was with the organization but gave me a false identity. That said, me calling the number I was given by him seemed out of the question. That said, the manager never called me either. Instead I opted to fax in another request for assistance. It's been about three weeks and have gotten no response. Their published site says to call the organization if noone calls back after seven days. I did. Still no call back.

Finally, I called the agency about two weeks ago. I was given a flurry of contradictory and incomplete information. I was told my paperwork was filed in August of last year. When I called her out about it she said she meant August of a couple years before. She said their exam team had it now. I asked how long are their processing times. She said she couldn't give an answer. I tried to stress the fact that this processing has taken a year at this point, and it's causing me undue hardship. She said there was nothing she could do. I asked to speak to a manager. She said she would make a note of the fact I wanted to speak to a manager/supervisor. Again I stressed the time this had already taken and asked to speak to one immediately. She said there was not a way to accomplish that request. I asked her if she could send a message to the manager asking them to get on the call? She said she could not open her messenger while on the phone with a consumer. I asked why? She was evasive with her answers. I started asking yes or no questions to get her to reveal what was preventing her from

messaging a manager. She was evasive, got defensive, and pretended to be upset that I kept asking questions that she clearly didn't want to answer. I tried to calm her down to get her to just answer the questions, but she hung up.

The agency's treatment of myself and my filings is a breach of duty. They have continued to unnecessarily delay the process. They have refused to answer my questions completely. And they have refused to allow me to speak with a manager about my issues. At this point, the breaches of duty seem to point towards a willful and malfeasant nature. I am autistic and have ADHD. As a result, there are certain nuanced social skills that escape me from time to time. Subsequently, I am aware that my personality rubs people the wrong way sometimes. I try to minimize my contact with people face to face to avoid disturbing others, but in situations where I literally have to interact with people as a matter of law, situations like these can arise. Perhaps there was some secret element to what she was saying that escaped my notice. Or maybe my hyper fixation on completing the task in front of me blinded me to some solution she needed me to accept. Note, they take notes on their conversations, and I believe it was noted that someone did not like me. I believe this has been the cause of the defendant's breaches in duty. And I believe this discrimination is a major contributing factor to the willful delayed processing of my paperwork. Because the fact of the matter is, I have had several conversations like this with this agency, and regardless of whatever magic handshake I am not able to perceive, I have acted reasonably, respectably, and have been compliant with the law as I know it. According to the employees of this agency, their policies are not compliant with the agreement with consumers the agency has acquiesced to in the agency's published bill of rights.

I made this defendant aware of their violations, and they continued. I made this defendant aware of the detriment their violations cause me, and they continue. I was told the exam team got my filings on the 20th of December in 2022 and that employees have seen turnarounds in as little as a month from that team. My paperwork was received January 13th. About ten days prior to the start of the tax season. It is my understanding the agency does not even accept new returns before the season starts. Therefore every one filed for the 2021 fiscal year, should have been processed after mine. The defendant claims, in published materials, that it processes returns in the order they are received. In fiscal year 2021, the agency claims to have processed 261 million of these. That means they processed over 261,000,000 filings in the time it takes to process one. Even accounting for anomalies like backlog, I should have been one of the first people to receive my refund. The fact that it's been a year and I still have not received it, nor have I received notice or communication from the managers I requested, is proof that this is an orchestrated willful malfeasance, in concert with adversive misconduct of other entities. Subsequently, I am requesting the court immediately order the defendant to finish processing my return and immediately electronically transfer the resulting refund to my bank account. By my calculations, it was a total of $11,906.

Defendant 2 contributed to the effects of defendant 1's misconduct by continually violating my civil rights and state laws. For a long time now I have been the victim of human trafficking, I have reported this situation to this and other departments at least a dozen times. Consistently, my cries for help have been ignored. Only two reports were ever filed. One I submitted myself through a portal, and the other I had to jump through hoops for department to be able to produce. Although there is federal code and state

law that dictates how these interactions are to be carried out, these codes and my rights along with them have been violated.

Due to the nature of the traffickers means of coercion, I believe it would be next to impossible to prosecute any individual successfully. The justice I seek from the police has nothing to do with the punishment of the criminals responsible for my pain and suffering. I think my pursuit of that sort of justice would be fruitless and likely dangerous to myself and loved ones. After researching my options to the best of my ability, this is something I came to accept. However, there are laws specifically designed to assist victims of such atrocities as I have faced and am still suffering the effects of. One tool Indiana law gives alleged victims is the right to what the statute refers to as a Declaration of Law Enforcement Officer for Victim of Trafficking in Persons (LEA Declaration, Form I-914 Supplement B). This is exactly how the statute refers to the form.

Although the LEA Declaration form can be submitted to USCIS to obtain something called a T-Visa, without that submission such accomodations are impossible. As I am an American born citizen, verified by the detective in IMPD's investigation, this aspect of the firm's uses are not of any interest to me, other than in a scenario where these criminals use my stolen identifying documents and access to other sensitive information due to my circumstances, to steal my identity. As far as I know, my information has not been used in this way. However, as the document is a declaration of my cooperation with law enforcement in the matter, it serves as verification of my victimization. There are a number of programs that help people like me, but they prefer some sort of evidence. How does one prove corporate espionage? How does one prove

that documents that would produce a favorable outcome for me have been falsified to restrain my rights? How does one prove that my phone was hacked and had it's facial recognition, thumbprint and password changed simultaneously while I was on it to cost my documents, time, and money? Some of the most critical aspects of their coercion are unverifiable by the nature of the coercion. And the second strongest information I could submit, i.e. the names of some of the people I have reason to believe are involved, gives them greater incentive to pursue me further, harm me, attempt to discredit me, or even attack my loved ones. This is also unacceptable. As I have told the detective though, I can give her a statement outlining verifiable information that will allow her to investigate.

    Although the detective has acknowledged my trauma, she has continued to refuse to give me the form. She has continued to give me reason after reason as to why she refuses although I have refuted every reason she has given me with reason and facts. The most rational reason she gave as to why she refused was because the I-914 Supplement B form can be used as an application for a T-Visa. Stating that as an American citizen, the T-Visa is useless to me. As the court is already aware, while the form in question can be used to obtain the T-Visa, the T-Visa is not my goal. The form itself is the only proof I have that I was a victim. The state of Indiana recognizes that this is often the case in cases pertaining to trafficking in persons, which is why any law enforcement that encounters an alleged victim "shall" complete the form and provide the person with a copy according to Indiana code 35-42-3.5-4. This is proven by the state's reference to the form as a LEA Declaration. The detective's understanding that the form can only be used as a T-Visa is blatantly inconsistent with the statute promulgating that

she provide it to me. I will go so far as to acquiesce that there is one aspect of the statute that give weight to her argument. It is the idea that the form is to be given in accordance with 8 CFR 214.11(f)(1). This states the reason for the T-Visa and promulgates a series of criteria and conditions for the granting of the T-Visa or T-1 non-immigrant status by the USCIS for aliens. In other words, to get the LEA Declaration, which is separate from the T-Visa, an alleged victim must fulfill the criteria/conditions.

The conditions are basically that you reasonably cooperate with law enforcement for the purposes of the investigation. I have done that and more. I have fulfilled the conditions. Her only real qualm is that I am a citizen and therefore not eligible for the form promulgated by Indiana law. In other words, her logic is that the protections of Indiana law do not apply to me because I am a citizen of Indiana. Absolutely nonsensical. As a result, I am requesting this court to immediately mandate that defendant 2 provide me with the signed LEA Declaration in accordance with state law.

I request that this court carry these proceedings with as much haste as possible as the actions of the defendant and others has made this a matter of the utmost urgency. My request to proceed in forma pauperis reflects this.

Respectfully requested,
Keith Turner
Keithspadez@gmail.com
3176570457
275 Medical Dr #3457
Carmel, Indiana 46082

Acting Commissioner Doug O'Donnell

1111 Constitution Ave., NW

Washington, DC 20224

Indianapolis Metropolitan Police Department Chief Randal Taylor

50 N Alabama St,

Indianapolis, IN 46204

*[signature]*

1/31/23

# USPS Priority Mail Label

**PRESS FIRMLY TO SEAL**



**PRIORITY MAIL®**

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

*Domestic only

EXPECTED DELIVERY DAY: 02/06/23

USPS TRACKING® #

9505 5122 3072 3033 4781 33



U.S. POSTAGE PAID
INDIANAPOLIS, IN
46204
FEB 02, 23
AMOUNT
$9.65
R2304M111753-08

RDC 04

99802

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



**FROM:**
Keith Turner
275 Medical Dr #3457
Carmel, IN 46082

**TO:**
U.S. District Courts
P.O. Box 020349
Juneau, AK 99802